**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

VICTOR SEALE,

                       Plaintiff,

     -against-                                                 22 **CIVIL** 9717 (JPO)

## JUDGMENT

THE TRUSTEES OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK,

                       Defendant.

-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 26, 2023, Columbia's motion to dismiss is GRANTED. Seale's federal claims are dismissed with prejudice, and his state law and city law claims are dismissed without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:**  New York, New York

      September 26, 2023

                                                  **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                       **BY:**          *K. Mango*

                                                     **Deputy Clerk**